UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZANE HUBBARD,

    Petitioner,

    v.

CONNIE GIPSON,

    Respondent.

Case No. 19-cv-05492-RS (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he received in the Kern County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction.[1] 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

Even if the action were to remain in this district, it would have to be dismissed as a second or successive petition that has not been authorized by the Court of Appeals. *See* 28 U.S.C. § 2244(b)(3)(A). A prior federal habeas petition directed to the same convictions was denied on the merits. *Hubbard v. Gipson*, 1:13-cv-01758-LJO-JLT (E.D.

---

[1] Petitioner filed this suit in the District of Columbia, which transferred the action here because petitioner is imprisoned in this district. (Order of Transfer, Dkt. No. 3.) Challenges to criminal convictions should be heard in the district of conviction, however. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).

Cal. 2016).

It appears petitioner also challenges prison disciplinary decisions he acquired at Corcoran State Prison, Wasco State Prison, and CSP-Sacramento, all of which are located in the Eastern District. (Pet., Dkt. No. 1 at 9-11.) Because these disciplinary decisions were taken in the Eastern District, any federal suits directed against them would have to be filed in that district.

**IT IS SO ORDERED.**

**Dated:** October _1_, 2019

_____
RICHARD SEEBORG
United States District Judge